People v Keane (2024 NY Slip Op 06525)

People v Keane

2024 NY Slip Op 06525

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND DELCONTE, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (855/19) KA 20-01032.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TIMOTHY C. KEANE, DEFENDANT-APPELLANT. (APPEAL NO. 1.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis and other relief denied.